UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ANGELO FERNANDEZ,<br><br>                    Defendant. | 13-CR-20-02 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the defendant's *pro se* letter filed at Dkt. No. 207. The Court orders that a response be filed by **February 16, 2023.**

SO ORDERED.

                                                            _____
                                                                        PAUL A. ENGELMAYER
                                                                        United States District Judge

Dated: February 2, 2023
           New York, New York