UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ANGELO FERNANDEZ,

Defendant.

13-CR-20-02 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 21, 2023, the Court denied a *pro se* motion for compassionate release from defendant Angelo Fernandez, pursuant to 18 U.S.C. § 3582(c). Dkt. 213. On November 21, 2024, Fernandez filed a new *pro se* motion for compassionate release under § 3582(c). Dkt. 221. The Court directs the Government to respond by December 20, 2024.

The Clerk of Court is requested to mail a copy of this order to the defendant at the address below:

Angelo Fernandez # 68242-054
FCI Raybrook
P.O. Box 900
Raybrook, NY 12977

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 25, 2024
       New York, New York